# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David Joseph Huber,

        Plaintiff,                Civil 10-2526 (RHK/JJG)

vs.                       **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Mesa Holdings, Inc., et al.,

        Defendants.


        The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

        **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

        **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 23, 2010


                               s/Richard H. Kyle
                               RICHARD H. KYLE
                               United States District Judge